```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

LYNDON BARTHOLOMEW, et al.,    )
                               )
                               )    Civil Action No.
     Plaintiffs,               )    5:10-cv-237-JMH
                               )
v.                             )
                               )
                               )
DONALD BLEVINS, JR., et al.,   )    **MEMORANDUM OPINION AND ORDER**
                               )
     Defendants.               )


                    **      **      **      **      **


On October 18, 2010, this Court entered a Memorandum Opinion and Order [DE 17] denying Plaintiffs' Motion for Preliminary Injunction [DE 10] and requiring Plaintiffs to show cause why this matter should not be dismissed for failure to state a claim for the reasons set forth in that Memorandum Opinion and Order. Plaintiffs have now filed a Response [DE 18].

In that Response, Plaintiffs merely summarize their earlier arguments offered in support of their Motion for Preliminary Injunction and argue, as well, that it would be a violation of 10 U.S.C. § 1044b for the Fayette County Clerk to require recordation of an *original* military power of attorney alongside their deed because § 1044b provides that military powers of attorney are "exempt from . . . recording that is provided for powers of

attorney under the laws of a State."

Having considered these arguments, the Court remains unpersuaded that Plaintiff's Complaint states a claim for the reasons set forth in its Memorandum Opinion and Order dated October 18, 2010 [DE 17].

Accordingly, **IT IS ORDERED** that Plaintiffs' claims shall be **DISMISSED WITH PREJUDICE**.

This the 26th day of October, 2010.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge